IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael McFadden,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Southwest Gas Corporation,<br><br>　　　　Defendant. | No. CV-23-00369-TUC-JGZ<br><br>**Order Dismissing Case with Prejudice Per Joint Stipulation** |

　　　Having reviewed the parties' Joint Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 16), and good cause appearing,

　　　**IT IS ORDERED** this case is **DISMISSED** with prejudice and each party shall bear its own fees and costs.

　　　**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment and **close this case**.

　　　Dated this 10th day of January, 2024.

Jennifer G. Zipps
United States District Judge