# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael McFadden,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Southwest Gas Corporation,<br><br>　　　　Defendant. | **NO. CV-23-00369-TUC-JGZ**<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and Plaintiff having filed a Motion or Notice of Dismissal, this action is hereby dismissed.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

January 10, 2024

　　　　　　　　　　　　　　　　　　s/ C. Ortiz
　　　　　　　　　　　　　　By　　Deputy Clerk